UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IN RE: PRE-FILLED PROPANE TANK MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS PLEADING RELATES TO:<br><br>ALL CASES | MDL Docket No. 2086<br><br>Master Case No. 4:09-cv-00465 |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, FOR CERTIFICATION OF A SETTLEMENT CLASS, AND FOR <u>PERMISSION TO DISSEMINATE CLASS NOTICE</u>**

Plaintiffs in 15 of the 18 cases that comprise this multidistrict litigation ("Plaintiffs") and Defendants AmeriGas Propane, Inc., AmeriGas Partners, L.P., and AmeriGas Propane, L.P. (collectively "AmeriGas") have agreed to a proposed class action settlement of this case, covering all persons in the United States who purchased or exchanged an AmeriGas 20-pound propane gas cylinder, not for resale, between August 1, 2008 and November 30, 2009.

For the reasons set forth in the accompanying Memorandum in Support, Plaintiffs request that the Court preliminarily approve the parties' proposed class action settlement, certify a Rule 23(b)(3) class for settlement purposes only, and order notice of the proposed settlement to class members.

Dated December 8, 2009

Respectfully submitted,

/s/ *Norman E. Siegel*
Norman E. Siegel
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
816-714-7112
816-714-7101 (fax)

*Proposed Liaison Counsel and Member of the Executive Committee*

143247

<table>
| | |
|---|---|
| Elizabeth A. Fegan<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>820 North Blvd., Suite B<br>Oak Park, IL 60302<br>708.776.5604<br>708.776.5601 (fax)<br><br>*Proposed Lead Counsel and Member of the Executive Committee* | Eric H. Gibbs<br>GIRARD GIBBS LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>(415) 981-4846 (fax)<br><br>*Proposed Lead Counsel and Member of the Executive Committee* |
| Laurence D. King<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104<br>phone (415) 772-4700<br>fax (415) 772-4707<br><br>*Proposed Lead Counsel and Member of the Executive Committee* | Christopher Burke<br>SCOTT+SCOTT LLP<br>600 B Street, Ste. 1500<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br>Fax: (619) 233-0508<br><br>*Proposed Member of the Executive Committee* |
| Edward M. Gergosian<br>Robert J. Gralewski, Jr.<br>GERGOSIAN & GRALEWSKI LLP<br>655 West Broadway, Suite 1410<br>San Diego, CA 92101<br>Tel.: (619) 237-9500<br><br>*Proposed Member of the Executive Committee* | Michael J. Flannery<br>CAREY & DANIS, LLC<br>8235 Forsyth Blvd., Suite 1100<br>St. Louis, Missouri 63105<br>Tel.: (314) 725-7700<br>Fax: (314) 721-0905 |
| Thomas V. Bender<br>WALTERS, BENDER,<br>STROHBEHN & VAUGHN, P.C.<br>2500 City Center Square<br>1100 Main<br>Kansas City, MO 64105<br>Tel: (816) 421-6620 | W. Greg Wright<br>Chalres T. Schimmel<br>BEAM-WARD, KRUSE, WILSON,<br>WRIGHT & FLETES, LLC<br>8695 College Blvd. Suite 200<br>Overland Park, Kansas 66210<br>Tel.: (866) 420-9419<br>Fax: (913) 339-9653 |
| Michael J. Boni<br>Joanne Zack<br>Joshua D. Snyder<br>Theresa Henson<br>BONI & ZACK LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>Tel.: (610) 822-0200 | Daniel. E. Gustafson<br>Daniel. C. Hedlund<br>David A. Goodwin<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br>Tel.: (612) 333-8844 |
</table>

Fax: (610) 822-0206

Michael Dell' Angelo
Merrill G. Davidoff
BERGER MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.: (800) 424-6690
Fax: (215) 875-4604

Joseph S. Silver
SILVER & AGACINSKI, P.A.
1325 West Cass Street
Tampa, Florida 33606
Tel.: (813) 259-9863
Fax: (813) 259-9864

Francis A. Bottini, Jr.
Frank J. Johnson
Derek J. Wilson
JOHNSON & BOTTINI LLP
655 W. Broadway, Suite 1400
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 233-5535

Kathleen C. Chavez
CHAVEZ LAW FIRM, P.C.
3 North Second Street Suite 300
St. Charles, Illinois 60174
Telephone: (630) 232-4480
Facsimile: (630) 845-8982

Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401-2197
612-339-6900 (tel)
612-339-0981 (fax)

Fax: (612) 339-6622

William C. Wright
THE LAW OFFICES OF
WILLIAM C. WRIGHT, P.A.
319 Clematis St., Suite 109
West Palm Beach, FL 33401
Tel.: (561) 514-0904
Fax: (561) 514-0905

Greg L. Davis
GREG L. DAVIS, LLC
6987 Halcyon Park Drive
Montgomery, AL 36117
Tel.: (334) 832-9080
Fax: (334) 409-7001

Robert M. Foote, Esq.
Matthew J. Herman, Esq.
FOOTE, MEYERS, MIELKE
& FLOWERS, LLC
3 North Second Street Suite 300
St. Charles, Illinois 60174
Telephone: (630) 232-6333
Facsimile (630) 845-8982

Peter L. Currie, Esq.
THE LAW FIRM OF
PETER L. CURRIE, P.C.
536 Wing Lane
St. Charles, Illinois 60174
Telephone: (630) 862-1130

*Additional Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of this date.

I further certify that I caused a copy of the foregoing documents and notice of electronic filing to be mailed on December 9, 2009 by first class mail, postage paid, to the following non-ECF participants:

J. Barton Goplerud
Hudson Mallaney & Shindler P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

Jay Nelkin
Nelkin & Nelkin PC
5417 Chaucer
Houston, TX 77005

Michael P Mallaney
Hudson, Mallaney & Shindler, PC
604 Locust, Suite 1116
Des Moines, IA 50309-3715

>*/s/ Norman E. Siegel*
>Norman E. Siegel