UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IN RE: PRE-FILLED PROPANE TANK MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS PLEADING RELATES TO:<br><br>ALL CASES | MDL Docket No. 2086<br><br>Master Case No. 4:09-cv-00465 |

### JOINT STATUS REPORT AND MOTION FOR LEAVE TO SUBMIT AND SEEK PRELIMINARY APPROVAL OF AMENDED SETTLEMENT AGREEMENT

The Court preliminarily approved the settlement agreement between Plaintiffs and AmeriGas on March 11, 2010. *See* Doc. 89, Order Preliminarily Approving Settlement and Providing for Notice. Since that time, Plaintiffs and AmeriGas have negotiated an expansion of that original settlement agreement. The parties are in the process of finalizing an amended settlement agreement, the key terms of which will include expanding the class period so that more individuals and earlier purchases are covered by the settlement, increasing the total amount of settlement funds available to class members, and increasing the maximum claim amount per person. This amended settlement will not materially change or diminish the terms of the original agreement this Court has preliminarily approved, but will simply add a longer class period and further relief.

The parties are working diligently to finalize this agreement, and expect to complete this process within two weeks. Plaintiffs and AmeriGas therefore jointly request that the Court grant Plaintiffs leave to file an amended settlement agreement and a motion to preliminarily approve that agreement on or before Thursday, April 29, 2010. The parties also request that the Court stay further proceedings on its Order Preliminarily Approving Settlement and Providing for

Notice (Doc. 89) pending the Court's consideration of the amended settlement agreement. In other words, the original preliminarily approved settlement remains effective, but the parties seek to stay the notice, claims, and final approval process set forth in the Court's preliminary approval Order. This motion is not brought for any improper purpose and no party will be prejudiced by the Court's granting of this motion.

WHEREFORE, Plaintiffs and AmeriGas respectfully request that the Court enter an order granting Plaintiffs leave to submit an amended settlement agreement and motion for preliminary approval of that agreement on or before April 29, 2010. The parties also request that the Court stay further proceedings on the Order Preliminarily Approving Settlement and Providing for Notice (Doc. 89) pending the Court's consideration of the amended settlement agreement.

Dated April 15, 2010

Respectfully submitted,

FOLEY & LARDNER LLP

STUEVE SIEGEL HANSON LLP

_____/s/ Jay N. Varon_____
Jay N. Varon
Wahington Harbour
3000 K. Street, N.W., Suite 600
Washington, DC 20007
Tel: (202) 672-5300
Fax: (202) 672-5399

*Counsel for AmeriGas Defendants*

_____/s/ Norman E. Siegel_____
Norman E. Siegel
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7112
Fax: (816) 714-7101

*Liaison Counsel and Member of the Executive Committee*

Todd P. Graves
GRAVES BARTLE MARCUS &
GARRETT, LLC
1100 Main St., Suite 2700
Kansas City, MO 64105
Tel: (816) 810-8118
Fax: (816) 817-0021

*Counsel for AmeriGas Defendants*


| | |
|---|---|
| Elizabeth A. Fegan<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>820 North Blvd., Suite B<br>Oak Park, IL 60302<br>Tel: (708) 776-5604<br>Fax: (708) 776-5601<br><br>*Co-Lead Counsel and Member of the Executive Committee* | Eric H. Gibbs<br>GIRARD GIBBS LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br><br>*Co-Lead Counsel and Member of the Executive Committee* |
| Laurence D. King<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104<br>Tel: (415) 772-4700<br>Fax: (415) 772-4707<br><br>*Co-Lead Counsel and Member of the Executive Committee* | Christopher Burke<br>SCOTT+SCOTT LLP<br>600 B Street, Ste. 1500<br>San Diego, CA 92101<br>Tel: (619) 233-4565<br>Fax:  (619) 233-0508<br><br>*Member of the Executive Committee* |

Edward M. Gergosian
Robert J. Gralewski, Jr.
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
Tel: (619) 237-9500

*Member of the Executive Committee*

Joseph P. Guglielmo
SCOTT+SCOTT, LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
Tel: 212-223-6444
Fax: 212-223-6334

Thomas V. Bender
WALTERS, BENDER,
STROHBEHN & VAUGHN, P.C.
2500 City Center Square
1100 Main, Suite 2500
Kansas City, MO 64105
Tel: (816) 421-6620

Michael J. Boni
Joanne Zack
Joshua D. Snyder
Theresa Henson
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: (610) 822-0200
Fax: (610) 822-0206

Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401-2197
Tel: (612) 339-6900
Fax: (612) 339-0981

William C. Wright
THE LAW OFFICES OF
WILLIAM C. WRIGHT, P.A.
319 Clematis St., Suite 109
West Palm Beach, FL 33401
Tel: (561) 514-0904
Fax: (561) 514-0905

Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Tel: (314) 725-7700
Fax: (314) 721-0905

W. Greg Wright
Charles T. Schimmel
BEAM-WARD, KRUSE, WILSON,
WRIGHT & FLETES, LLC
8695 College Blvd. Suite 200
Overland Park, Kansas 66210
Tel: (866) 420-9419

Daniel. E. Gustafson
Daniel. C. Hedlund
David A. Goodwin
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622

Michael Dell' Angelo
Merrill G. Davidoff
BERGER MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (800) 424-6690
Fax: (215) 875-4604

Joseph S. Silver
SILVER & AGACINSKI, P.A.
1325 West Cass Street
Tampa, Florida 33606
Tel: (813) 259-9863
Fax: (813) 259-9864

Greg L. Davis
GREG L. DAVIS, LLC
6987 Halcyon Park Drive
Montgomery, AL 36117
Tel: (334) 832-9080
Fax: (334) 409-7001

Francis A. Bottini, Jr.
Frank J. Johnson
Derek J. Wilson
JOHNSON BOTTINI, LLP
501 W. Broadway, Suite 1720
San Diego, CA 92101
Tel: (619) 230-0063
Fax: (619) 238-0622

Robert M. Foote, Esq.
Matthew J. Herman, Esq.
FOOTE, MEYERS, MIELKE
& FLOWERS, LLC
3 North Second Street Suite 300
St. Charles, Illinois 60174
Tel: (630) 232-6333
Fax: (630) 845-8982

Kathleen C. Chavez
CHAVEZ LAW FIRM, P.C.
3 North Second Street Suite 300
St. Charles, Illinois 60174
Tel: (630) 232-4480
Fax: (630) 845-8982

Peter L. Currie, Esq.
THE LAW FIRM OF
PETER L. CURRIE, P.C.
536 Wing Lane
St. Charles, Illinois 60174
Tel: (630) 862-1130

Kerry McQueen
James Dodge
SHARP McQUEEN, P.A.
419 N. Kansas
Liberal, KS 67905
(620) 624-2548

Isaac Diel
SHARP McQUEEN, P.A.
Financial Plaza
6900 College Blvd., Suite 285
Overland Park, KS 66211
(913) 661-9931

Rex Sharp
GUNDERSON SHARP & WALKE
5301 West 75th Street
Prairie Village, KS 66208
(913) 901-0505

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of this date.

I further certify that I caused a copy of the foregoing document to be mailed on April 15, 2010 by first class mail, postage paid, to the following non-ECF participants:

David Scott
Scott & Scott, LLC
108 Norwich Avenue
PO Box 192
Colchester, CT 06415

Michael P Mallaney
Hudson, Mallaney & Shindler, PC
604 Locust, Suite 1116
Des Moines, IA 50309-3715

                                             */s/ Norman E. Siegel*
                                             Norman E. Siegel